IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOE ANGEL CRUZ,

                Defendant.

ORDER

12-cr-31-jdp

---

    Defendant Joe Angel Cruz is currently incarcerated at Columbia County Jail on a federal detainer. He must remain there until he is admitted into a residential reentry center. Dkt. 88.

    On October 28, Cruz is scheduled to be admitted to a residential reentry center located at Rock Valley Community Programs in Janesville. To facilitate this transfer, the probation office requests an order directing the United States Marshals Service to release Cruz on his admission date.

    The request is granted. The marshals are directed to release Cruz on October 28 at 10 a.m. At that time, Cruz is directed to travel directly to the residential reentry center. The court has been informed that Cruz will be arranging his own transportation. If that is incorrect, Cruz should notify the court promptly. Cruz must report to the center no later than 1 p.m.

    Entered October 10, 2024.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge